IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THE ESTATE OF ALBERT P.        )
SCHULTZ, BONNIE SCHULTZ,       )
REPRESENTATIVE,                )        Civil Action No. 05-1169
                               )
            Plaintiff,         )        Hon. Donetta W. Ambrose,
                               )        Chief Judge
    v.                         )
                               )        ELECTRONICALLY FILED
JOHN E. POTTER,                )
POSTMASTER GENERAL,            )
UNITED STATES POSTAL SERVICE,  )
                               )
            Defendant.         )

**ORDER**

AND NOW, this _20th_ day of ___Dec.___, 200_5_,

IT IS HEREBY ORDERED that "Defendant's Consent Motion
to Hold in Abeyance Initial Case Management Conference and Other
Pre-discovery Deadlines Pending Final Disposition of Motion to
Dismiss" is GRANTED.

IT IS FURTHER ORDERED that all deadlines in the Court's
November 22, 2005 Order (except Plaintiff's January 4, 2006,
deadline to file Response to Motion to Dismiss) are hereby stay
pending the Court's final disposition of Defendant's Motion to
Dismiss. _The case management conference will be
held on 1/18/06 at 9:30am_

_Donetta F. Ambrose_
_____
        Chief Judge

cc: All counsel of record