IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ESTATE OF ALBERT P. SCHULTZ, BONNIE SCHULTZ, REPRESENTATIVE, | ) ) ) ) Civil Action No. 05-1169 |
| Plaintiff, | ) ) Hon. Donetta W. Ambrose ) Chief U.S. District Judge |
| v. | ) ) |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | ) ELECTRONICALLY FILED ) ) ) ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 4th day of Jan, 2006,

IT IS HEREBY ORDERED that Defendant's Motion to Reschedule Case Management Conference, currently scheduled for January 18, 2006, at 9:30 a.m., is GRANTED.

IT IS FURTHER ORDERED that the case management conference will be held on 1/19, 2006, at 12:30 a.m./p.m.

_____
CHIEF U.S. DISTRICT JUDGE

cc: All counsel of record