IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ESTATE OF ALBERT P. SCHULTZ, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) CA 5-1169 ) |
| JOHN E. POTTER, | ) ) ) |
| Defendant. | ) |

### ORDER

AND NOW, this **2nd day of May, 2007**, having held a final conference and there being no outstanding issues remaining in the case, it is ordered that the above captioned case be marked closed.

*Donetta F. Ambrose*
Donetta W. Ambrose
Chief United States District Judge

cc:   All Counsel of Record